IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DAVID ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 122-026 |
| | ) |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) |
| | ) |
| Defendant. | ) |

**REVISED SCHEDULING ORDER**

Having considered the parties' Joint Motion for Second Revised Scheduling Order, the Court **GRANTS** the motion.  (Doc. no. 22.)  The revised schedule is as follows:

| | |
|---|---|
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | September 30, 2022 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY A DEFENDANT | October 31, 2022 |
| CLOSE OF DISCOVERY | December 30, 2022 |
| JOINT STATUS REPORT[1] | December 30, 2022 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | January 30, 2023 |

---

[1]On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.  Any extension of the discovery period automatically extends the Joint Status Report deadline.

All provisions of the prior Scheduling Orders, (doc. no. 16, 21), not revised herein shall remain in full force and effect.

SO ORDERED this 26th day of August, 2022, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA